ANCHOR MARITIME & COMMERCIAL UNION, INC., v. JOHN COTRONIS and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SIEGMUND KUKER v. STOCKHOLMS ENSKILDA BANK.— Motion for leave to appeal denied, with ten dollars costs. Motion for leave to appear generally granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

N. A. BERWIN & COMPANY, INC., v. HEWITT REALTY COMPANY.— Motion for leave to appeal denied, with ten dollars costs, on the ground that leave is not necessary. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EDWARD MAHER v. ATLANTIC STEVEDORING COMPANY.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GENERAL MOTORS CORPORATION v. EDWARD VER LINDEN.— Motion for leave to appeal granted; motion for reargument denied. Settle order containing questions to be certified on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of AARON J. LEVY.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN J. BRENNAN v. INTERBOROUGH RAPID TRANSIT COMPANY and Another.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SIMON GULACK v. ISAAC O. SCHIFF and Another.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PHILIP LEWIS and Another v. HOME INSURANCE COMPANY.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE W. KYLE v. GERSETA CORPORATION.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JACOB GERSCHLAK v. HARRIS ZIMMERMAN.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM H. W. YOUNGS v. CLARISSA GOODMAN and Others. WALTER G. HERBERT, as Administrator, etc., Appellant.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELMER E. SMATHERS v. STANDARD OIL COMPANY OF NEW YORK.— Motion for leave to appeal granted. Settle order containing questions to be certified on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHRISTOPHER G. PARNALL v. JOHN FARSON.— Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHRISTOPHER G. PARNALL v. JOHN FARSON.— Motion for leave to appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN B. LEWIS v. ELLIS JACKSON.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.